EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | Queja |
|---|---|
| Nelson Escalona Colón | 2000 TSPR 39 |

Número del Caso: AB-1999-16

Fecha: 04/02/1999

De la Oficina del Procurador General: Lcda. Ivonne Casanova Pelosi

Abogados de la Parte Querellada: Por Derecho Propio

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correciones del
proceso de compilación y publicación oficial de las
decisiones del Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Nelson Escalona Colón          AB-1999-16

RESOLUCIÓN

San Juan, Puerto Rico, a 4 de febrero de 2000

I

El pasado 29 de diciembre de 1999, mediante <u>Per Curiam</u>, suspendimos inmediatamente de la abogacía al Lcdo. Nelson Escalona Colón hasta tanto dispusiéramos de otro modo, por haber desatendido nuestras órdenes. **Fue notificado el 12 de enero de 2000.**

El 18 de enero de 2000, Escalona Colón presentó moción solicitándonos dejáramos sin efecto dicha Sentencia. Expuso, en síntesis, que su desatención a nuestras órdenes se debió a que estaba en trámite de transigir un pleito de cobro de dinero con el quejoso Sr. Rafael Rodríguez Rodríguez. Nos pide vehementemente excusas y solicita una nueva oportunidad.

Por su parte, el Procurador General solicita se enmiende la Sentencia para que exponga que el Lcdo. Escalona Colón tiene el deber de notificar a sus clientes de su presente inhabilidad de seguirlos representándolos, les devuelva cualesquiera honorarios recibidos por trabajo no realizados, e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Subsiguientemente, el 1 de febrero, Escalona Colón nos sometió una nueva moción exponiendo las medidas adoptadas y haber transigido con el quejoso la reclamación. Acompañó una comparecencia del quejoso Rodríguez Rodríguez dando por satisfecha su reclamación contra Escalona Colón y solicitando el archivo de la queja.

## II

Acogemos como una reconsideración el pedido de Escalona Colón. Aun así, no procede dejar sin efecto nuestra Sentencia, pues no nos ha planteado excusas meritorias justificativa de su desatención a nuestras órdenes.

Sin embargo, en vista de haber demostrado interés en afrontar ahora diligentemente esta queja y, a tales efectos transigida la reclamación que movió al quejoso Rodríguez Rodríguez a presentarla, limitaremos su suspensión para que sea **efectiva** desde su notificación el 12 de enero hasta el 13 de febrero de 2000.

Académico, el pedido del Procurador General.

Notifíquese por escrito, vía telefónica y publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García no intervino.


                              Isabel Llompart Zeno
                                    Secretaria del Tribunal Supremo